IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02440-ZLW-MJW

WILLIAM SAMUEL MCLEAN, JR.,

    Plaintiff,

v.

DR. STEVEN R. CLOUGH,

Defendant.

## NOTICE OF DISCLOSURE

**Michael J. Watanabe**
**United States Magistrate Judge**

    The undersigned formerly worked as an attorney for the law firm of Montgomery Little Young Campbell & McGrew, P.C. n/k/a Montgomery Little & McGrew, P.C. from January 1986 to November 1987.  Defendant's counsel, Mr. Richard L. Murray, Jr., is a partner with Montgomery Little & McGrew, P.C.  Since 1987, this court has had no financial or other interest in the law firm of Montgomery Little & McGrew, P.C.  Based upon this disclosure, the parties shall have up to and including **July 20, 2005**,  to file any motion pursuant to 28 U.S.C. § 455.

    Dated this 29th day of June, 2005.

                                         BY THE COURT

                                         s/ Michael J. Watanabe
                                         Michael J. Watanabe
                                         U.S. Magistrate Judge

A copy of the foregoing document was placed in the U.S. Mail, postage pre-paid, on June 30, 2005, to:

William Samuel McLean, Jr.
#04259-078
Florence - ADX
PO Box 8500
Florence, Colorado 81226