IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-2440-ZLW-MJW

WILLIAM SAMUEL McLEAN, JR.,

    Plaintiff,

v.

DR. STEVEN R. CLOUGH, O.D.,

    Defendant.
_____

ORDER DENYING MOTIONS
_____

    Plaintiff William Samuel McLean, Jr.,  filed this Prisoner Complaint on November 24, 2004, against Defendant Dr. Steven R. Clough, O.D.  The Complaint alleges that Defendant caused Plaintiff serious injury during an optometry examination, resulting in a seizure and subsequent paralysis.  On April 1, 2005,  Plaintiff filed a "Motion For Ann Emergency Protection Order For Prohibiting Defendant, Dr. Steven R. Clough. O.D. From Conducting Further And Futcher Optometry Medical Eye Examinations Of The Plaintiff William Samuel McLean Jr:  But Not Denieing Plaintiff Optometry Medical Cair As Need," and on April 7, 2005, Plaintiff filed an Emergency Motion For Injunctive Relief And Intervention To Prevent Irreparable Injury.

    Pursuant to 28 U.S.C. § 636(b)(1) (A) and (b) and Fed. R. Civ. P. 72(a) and (b), this matter was referred to Magistrate Judge Michael J. Watanabe who filed a Recommendation on Plaintiff's Motions on April 14, 2005, in which he recommended

that both motions be denied.  Plaintiff has filed no objections, despite having been given three extensions of time to and including August 22, 2005, in which to object.

The Court after careful consideration, agrees with the Magistrate Judge's analysis and conclusion, and hereby accepts and adopts the Magistrate Judge's findings and Recommendation.  Therefore, it is

ORDERED that  Plaintiff's "Motion For Ann Emergency Protection Order . . . " (Docket No. 43) and Emergency Motion For Injunctive Relief . . . " (Docket No. 48) are denied.  It is

FURTHER ORDERED that this case is referred back to the Magistrate Judge for further recommendations and/or to prepare the case for trial or disposition.

DATED at Denver, Colorado, this  29  day of September, 2005.

                                  BY THE COURT:


                                  s/ Zita L. Weinshienk
                                  _____
                                  ZITA L. WEINSHIENK, Senior Judge
                                  United States District Court