IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02440-ZLW-MJW

WILLIAM SAMUEL McLEAN, JR.,

    Plaintiff,

vs

DR. STEVEN R. CLOUGH, O.D.,

    Defendant.

---

### ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME IN WHICH TO COMPLETE DISCOVERY
(Docket No. 112)

---

The Court, upon reviewing Plaintiff's and Defendant's Stipulated Motion for Extension of Time in Which to Complete Discovery, and being fully advised, ORDERS:

The Scheduling Order is modified as follows: The discovery cutoff date is March 17, 2006.

BY THE COURT:

_____ 12-13-05
Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE