IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-02440-ZLW-MJW

WILLIAM SAMUEL McLEAN, JR.,

    Plaintiff,

vs

DR. STEVEN R. CLOUGH, O.D.,

    Defendant.

---

## ORDER GRANTING UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE
( Docket No. 135 )

---

The Court, upon reviewing Defendant's Unopposed Motion to Vacate Settlement Conference, and being fully advised, ORDERS:

The settlement conference scheduled for May 17, 2006 at 1:30 pm is vacated.

BY THE COURT:

_/s/ Michael J. Watanabe_
Magistrate Judge

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE