IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-02440-ZLW-MJW**

WILLIAM SAMUEL McLEAN, JR.,

Plaintiff(s),

v.

DR. STEVEN R. CLOUGH, O.D.,

Defendant(s).

## MINUTE ORDER

MAGISTRATE JUDGE MICHAEL J. WATANABE

It is hereby ORDERED that the Pro Se Incarcerated Plaintiff's handwritten "Motion for Judges Help!" [sic](docket no. 137) is DENIED. Pro Se Incarcerated Plaintiff is represented by Attorney Declan O'Donnell. Mr. O'Donnell has been representing the best interests of the Pro Se Incarcerated Plaintiff and continues to do so. Mr. O'Donnell appeared before this court on April 25, 2006, for a final pretrial conference. He appeared timely and followed this court's order in preparing and submitting a proposed final pretrial order. A final pretrial order was entered by this court on April 25,2006. Furthermore, the Pro Se Incarcerated Plaintiff is not permitted to file ex parte letters to this court. See D.C.COLO.LCivR. 77.2. The Pro Se Incarcerated Plaintiff needs to work and cooperate with Mr. O'Donnell so that Mr. O'Donnell can be prepared to try this case.

It is FURTHER ORDERED that a copy of the Pro Se Incarcerated Plaintiff's handwritten "Motion for Judges Help!" [sic](docket no. 137) will be sent to his attorney, Mr. O'Donnell and to opposing counsel. The Pro Se Incarcerated Plaintiff has placed docket no. 137 into the public domain by filing the same with this court.

Date: May 2, 2006