IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-02440-ZLW-MJW**

WILLIAM SAMUEL McLEAN, JR.,

Plaintiff,

v.

DR. STEVEN R. CLOUGH, O.D.,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion for Court Transcrepts [sic] From 6-2-06 hearing, which was filed on June 12, 2006 (Docket No. 152), is **denied**. See 28 U.S.C. § 1915(c). It is further

**ORDERED** that the plaintiff's Motion for Clairfication [sic], which was filed on June 12, 2006 (Docket No. 151), is **granted in part and denied in part**. The motion is granted to the extent that the court states that it did find that Mr. O'Donnell was the plaintiff's pro bono counsel. The motion is denied to the extent that the court did not make any finding as to whether the plaintiff owes any money to Mr. O'Donnell. It is further

**ORDERED** that the plaintiff's Motion for 180 Day Time Extition [sic] to Ancer [sic] Magistrate's M.J. Watanabe Reccomedation [sic] on Dr. Clough's Motion for Summary Judgment, which was filed on June 12, 2006 (Docket No. 153), is **granted in part** to the extent that the plaintiff shall have up to and including **July 21, 2006,** to file any and all objections to this court's Recommendation on Dr. Clough's Motion for Summary Judgment, which was filed on June 2, 2006 (Docket No. 150). **No further extensions will be granted.** Plaintiff is once again advised that it is frequently very difficult for the court to obtain pro bono counsel for litigants and that unless new pro bono counsel is appointed, plaintiff himself is responsible for filing any and all objections to the Recommendation within the time period allowed. Therefore, plaintiff would be ill-advised to not begin preparing any objections he might have to the Recommendation based upon the expectation that new counsel will be appointed. It is further

**ORDERED** that the Clerk of the Court shall mail to the plaintiff another copy of this court's Recommendation on Dr. Clough's Motion for Summary Judgment, which was filed on June 2, 2006 (Docket No. 150).

Date: June 13, 2006