IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-02440-ZLW-MJW**

WILLIAM SAMUEL McLEAN, JR.,

Plaintiff,

v.

DR. STEVEN R. CLOUGH, O.D.,

Defendant.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the plaintiff's Motion for the Production of Documents, which was filed on September 5, 2006 (Docket No. 176), is denied as moot inasmuch as copies of the documents requested by plaintiff were mailed to him by the court on August 31, 2006 (Docket No. 173), and again on September 6, 2006 (Docket No. 178).

Date: September 6, 2006