IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 04-CV-02440-ZLW-MJW**

WILLIAM SAMUEL McLEAN, JR.,

Plaintiff,

v.

DR. STEVEN R. CLOUGH, O.D.,

Defendant.

**MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Dr. Clough's Motion for Enlargement of Time to Respond to Plaintiff's Written Objections to U.S. Magistrate Judge's June 2, 2006: "Recommendation on Dr. Clough's Motion for Summary Judgment (Docket No. 115)," which was filed on November 6, 2006 (Docket No. 186), is granted.  Accordingly, defendant Clough shall have up to and including November 8, 2006, to file a response to the plaintiff's objections.

It is further **ORDERED** that plaintiff's Motion for the Production of Documents, which was filed on (Docket No. 181), is denied.  As correctly stated by the defendant in his Response (Docket No. 185), the discovery deadline in this case was almost ten months ago on January 11, 2006.  (Scheduling Order, Docket No. 100 at 5).  Plaintiff has not shown good cause for his delay in requesting documents from the defendant.  Furthermore, plaintiff has and has had equal access to the records he seeks through the Federal Bureau of Prisons.

Date:  November 7, 2006