## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02440-ZLW

WILLIAM SAMUEL MCLEAN, JR.,

    Plaintiff,

v.

DR. STEVEN R. CLOUGH, O.D.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    The matter before the Court is the Motion for Clarification and the Motion to Compel (Doc. No. 193) that Plaintiff filed with the Court on March 6, 2007.  The Court granted Plaintiff's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  Plaintiff's Motion for Clarification is DENIED as moot.  As for Plaintiff's Motion to Compel, the action now is pending before the United States Court of Appeals for the Tenth Circuit.  This Court, therefore, lacks jurisdiction to consider the Motion to Compel.  The Motion to Compel is inappropriate and will not be considered by the Court.

Dated:  June 26, 2007